# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| PETER E. LANDER, THE ESTATE OF MIMI J. LANDER, | § § § Civil Action No. 4:16-CV-116 § (Judge Mazzant/Judge Nowak) |
| v. | § § |
| JPMORGAN CHASE & CO. | § § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 8, 2016, the report of the Magistrate Judge (Dkt. #61) was entered containing proposed findings of fact and recommendations that Plaintiffs Peter E. Lander's and the Estate of Mimi J. Lander's ("Plaintiffs") Motion to Remand (Dkt. #20), Plaintiffs' First Amended Motion to Remand (Dkt. #28), Plaintiffs' Motion Challenging Removal and Jurisdiction (Dkt. #29), and Plaintiffs' Motion of Augmentation to Plaintiffs' First Amended Motion to Remand (Dkt. #30) be denied.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiffs' Motion to Remand (Dkt. #20), Plaintiffs' First Amended Motion to Remand (Dkt. #28), Plaintiffs' Motion Challenging Removal and

Jurisdiction (Dkt. #29), and Plaintiffs' Motion of Augmentation to Plaintiffs' First Amended Motion to Remand (Dkt. #30) are **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 7th day of October, 2016.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE